IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-96-11 (10) |
| | § | |
| RONALD BLOCK | § | |

## FINAL ORDER

Pursuant to this Court's Opinion and Order of even date herewith, the "Motion for Jail Time Credit...and a Reduction of Sentence" (Instrument no. 521) of Defendant, Ronald Block, is **DENIED, without prejudice**.

**THIS IS A FINAL, APPEALABLE ORDER.**

**DONE** at Victoria, Texas, this _12th_ day of _December_, 2007.


JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE