| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States of America, §
§
        Plaintiff, §
§
*versus* §    Criminal Docket: 3:96cr00011-10
§    USM Number: 46257-079
Ronald Block, §
        Defendant. §

## Notice of Eligibility for Sentence Reduction

    The court has received the motion you filed pursuant to 18 U.S.C. § 3583(c)(2) based upon the retroactive cocaine base amendment to U.S.S.G. § 1B1.10. In deciding whether to reduce your sentence, the court has had an Addendum prepared by the United States Probation Office, which is attached to this Notice for your review.

    If you wish to respond to the information presented in the Addendum, you must do so within twenty days from the date of this Notice. Responses received after that date, will not be considered by the court. You are not required to respond; however, a failure to respond will be interpreted as your agreement with the information contained in the Addendum.

    If responding to the Addendum, you must file your response with the United States District Clerk's Office, Southern District of Texas, Houston Division, P.O. Box 61010, Houston, Texas 77208. A copy of your response must also be sent to the United States Probation Office, Southern District of Texas, Houston Division, P.O. Box 61207, Houston, Texas 77208. A copy of the Addendum is also being provided to the United States Attorney. The United States Attorney may also respond to the Addendum within twenty days. Alternatively, the United States Attorney may notify the court that it will elect to defer any response until it has received any response to the Addendum from the defendant. **DO NOT SEND A RESPONSE DIRECTLY TO THE JUDGE.**

    SIGNED on April 24, 2008, at Houston, Texas.

                                                SIM LAKE
                                  UNITED STATES DISTRICT JUDGE