AO 247     (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Houston

UNITED STATES OF AMERICA
v.
**RONALD BLOCK**

CASE NUMBER: **3:96CR00011-010**
USM NUMBER: 46257-079

Date of Previous Judgment: March 3, 2004
(Use Date of Last Amended Judgment if Applicable)

Robert Monks
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 160 months **is reduced to** 151 months.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 31
Criminal History Category: IV
Previous Guideline Range: 151 to 188 months

Amended Offense Level: 29
Criminal History Category: IV
Amended Guideline Range: 121 to 151 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

☐ See Additional Comments Continued Sheet

Except as provided above, all provisions of the judgment dated March 3, 2004 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 2, 2008

Signature of Judge

**SIM LAKE**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

Effective Date:
(if different from order date)

VM   JAG